# United States Court of Appeals
# for the Fifth Circuit

No. 20-60859

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

versus

CURTIS J. HARDY,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:03-CR-68-1

ORDER:

Curtis J. Hardy, federal prisoner # 01102-043, moves for the appointment of counsel on appeal from the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. This court has the discretion to appoint counsel for a financially eligible prisoner "in the interest of justice." *United States v. Robinson*, 542 F.3d 1045, 1052 (5th Cir. 2008) (internal quotation marks omitted) (quoting FIFTH CIRCUIT PLAN UNDER THE CRIMINAL JUSTICE ACT § 3(B)); *see* 28 U.S.C. § 1915(e)(1). In light of the circumstances described by Hardy, the motion for the appointment of counsel is GRANTED.

      /s/ James L. Dennis
James L. Dennis
*United States Circuit Judge*