October 25, 2023

Clerk Of Court
United States District Court
501 East Court Street
Suite 2.500
Jackson, Mississippi 39201



Re: USA V. Hardy
Case No: 3:03-CR-68-HTW

Dear Honorable Judge Wingate,

In August 2023, I submitted a request for an Extension of Time to file my Rule 59(e) motion. As of today 10-25-23, I have not received a response from this court concerning the above mention.

Please provide me with an up-to-date status on the above mention request.

Sincerely

Curtis Hardy
Reg. No. 01102-043
FCI Allenwood-Medium
P.O. Box 2000
White Deer, PA 17887